THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEVERICK SCOTT,**                                                                                         **PLAINTIFF**
**ADC #131042**

v.                                             Case No. 4:20-cv-01487-KGB

**JAMES GIBSON et al.**                                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Deverick Scott's complaint is dismissed with prejudice (Dkt. No. 2). The Court denies the requested relief.

It is so adjudged this 28th day of February, 2022.

_____
Kristine G. Baker
United States District Judge